# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

RECEIVED
2025 JAN 13 A 10: 59
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**Chauncey-alexander: hollis,** Petitioner,

v.

**UNITED STATES OF AMERICA,** Respondent.

Originating Case No. 1:23CR223-1

**PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE UNITED STATES COURT OF APPEALS 4TH CIRCUIT

THE MIDDLE DISTRICT OF NORTH CAROLINA:

**INTRODUCTION**

Petitioner chauncey-alexander; hollis, Beneficiary, respectfully petitions this Honorable Court to issue a Writ of Mandamus compelling The Middle district of North Carolina, Judge Schroeder to enter default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, as the Respondent and the Court have failed to respond to the "Affirmation of Truth Affidavit" filed on October 30, 2024, and subsequent Notice of Default filed on November 25, 2024, docketed as Document 85.

**FACTUAL BACKGROUND**

1. On October 30, 2024, Petitioner filed an "Affirmation of Truth Affidavit," asserting: a. Ineffective assistance of counsel on the part of Attorney J.D. Byers. b. Lack of subject matter and personal jurisdiction. c. Violations of due process. d. Abuse of discretion by Judge Schroeder. e. Actual innocence. f. Monetary damages ($4,368,000)

2. The Affidavit presented claims of jurisdictional challenges, procedural deficiencies, and other constitutional violations requiring immediate attention from the court.

3. On November 25, 2024, after no response or rebuttal from the court or opposing counsel, Petitioner filed a "Notice of Default of Affirmation of Truth," offering the Court an opportunity to cure its failure to act.

4. Despite reasonable time to respond, the Court has failed to take appropriate action, including but not limited to addressing the substantive issues raised or entering default judgment as requested.

## LEGAL ARGUMENT

### I. The Court's Inaction Constitutes Default and Acquiescence

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, when a party against whom affirmative relief is sought fails to plead or otherwise defend, the Court is obligated to enter default judgment. The failure to respond constitutes acquiescence and consent to the assertions made in the Affidavit, creating an agreement in fact that is now binding and subject to the principles of *res judicata* and *stare decisis*.

### II. The Court's Failure to Act Violates Due Process

The Court's inaction after being served with the Affidavit and subsequent Notice of Default constitutes a denial of due process, as guaranteed under the Fifth and Fourteenth Amendments of the United States Constitution. See *Ex parte Bates*, 65 S.W.3d at 135; *Boykin v. Keyport*, 54 F.3d 202, 214 (2d Cir. 2008).

### III. Mandamus is Warranted

Mandamus relief is appropriate where a lower court has failed to perform a mandatory duty or has acted in clear abuse of discretion. See *Eithel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986); *U.S. v. Kiss*, 658 F.2d 526, 536 (7th Cir. 1981). Here, the trial court has failed to act on matters that are not subject to further litigation due to default, laches, and estoppel.

***Granting the writ of mandamus is the only effective remedy in this matter, as the lack of a presiding judge due to the suspension arising from a professional misconduct complaint has created an extraordinary and unavoidable delay in the resolution of this case. Without the appointment of a new judge or the assignment of a substitute, further proceedings are effectively stalled, leaving the parties with no meaningful recourse to ensure the timely and fair adjudication of their claims. The absence of a judge constitutes a critical failure to provide justice, and mandamus is necessary to compel the court to take appropriate action to prevent additional irreparable harm to the beneficiary.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner respectfully requests that this Honorable Court:

1. Issue a Writ of Mandamus compelling the lower court to: a. Enter default judgment in favor of the Petitioner pursuant to Rule 55(b). b. Address the jurisdictional and due process issues raised in the Affidavit filed on October 30, 2024.

2. Grant Chauncey-alexander; hollis, immediate release from federal custody with prejudice.

3. Monetary damages $4,368,000 (see attached invoice and fee schedule)

Respectfully submitted,

**Chauncey-alexander; hollis,**

**2750 benedict canyon dr**

**Beverly hill ca [90210]**

**Republic nondomestic**

**Chaunceyalexander017@gmail.com**

**(626)327-6572**

**Date: 01/02/2025**

by: beneficiary, attorney in fact
chauncey-alexander, hollis,

FILED
NOV 25 2024
Clerk U.S. District Court
Greensboro, N.C.
By

# AFFIRMATION OF TRUTH AFFIDAVIT

All commercial transactions must be in truth in commerce truth is sovereign. This affidavit is applicable in universal jurisdiction affiant reserves all rights at all times and waves no rights at any time, including his time at 2000 dollars per hour. Errors and omissions are consistent with intent. Indeed, no more than affidavits are necessary to make a prima facie case United States vs. kiss 658. f.2nd 526,536 7th circuit 1981. Cert. denied 50 US.L.w.2169 Supreme Court, March 22, 1982, I Chauncey Alexander of the family of Hollis of private capacity as beneficiary to the original jurisdiction of majority in age competent to testify a self-realize, private sentient man, a free man upon the land and American national of the American Republic. My yaes being yaes & nae's being nae's being duly sworn deposed, say, and declare My signature below that the following enumerated points below are true and correct to the best of my knowledge and belief and not intended to mislead so help me God.

1. I declare that on 10-31-24//11-6-24/11-8-24/11-15-24, Judge Schroeder ordered the marshals to use excessive force to stand me up by the Belly chain restricting

my Breathing & inflicting injuries. Bruises on my waist & ribs & wrists were documented by "nurse McCoy" at Forsyth county Detention center.

2. I declare that it is believed that at the direction of this court (U.S. District court for the middle District of N.C.) Judge Schroeder and other unknown officers of the court to have influenced officers at Forsyth Co. Det. center to refuse me pens & paper & access to law library (see attached inmate requests & grievances)

3. I declare that I've been transferring information with permission & instructions to my agent to transcribe & file notices on my behalf.

4. I declare that it is believed that at the direction of this court, the clerk has been intentionally with-holding pages with my wet beneficiary signature to several notices, to purposely & willfully with wanton conduct put a flaw in the filing proceedings. The notary signature on document (77) was intentionally withheld & had to be refiled (see doc. 80) power of Attorney.

5. I declare that it is believed that at the direction of this court the Forsyth co. Det. center has been refusing to give all legal notices sent to me by registered mail namely tracking # EJ 545980010 U.S. and other notices sent to 201 N. church st. Winston-Salem, N.C. 27101

6. I declare that it is believed that at the direction of this court, the officers at Forsyth co. Det. cen. has intentionally refused me legal notices to be delivered & signed & notarized by a highered private investigator (Cardwell) at "T&T investigations" phone # 3367576879 who was paid $250 to come to me at F.C.D.C. for my wet beneficiary signature but was refused access forcing the company to refund the money

7. I declare that it is believed that by the direction of this court that the officers at F.C.D.C. have committed reprisals on me for exercising my rights to file legal notices & grievances. On 11-18-24 F.C.D.C. (SRT) Sallie / Lausen / Siler... assaulted me using excessive force to cuff me in (4-D-23) then took me to (2-C-8) and stripped me naked & beat

me while in Handcuffs & left me on the concrete naked. In cuffs, then restricted my visits & phone privilages without affording me a disciplinary report and held a disciplinary hearing without my knowledge, consent or refusal/waiver of my presence at the hearing. (See) attached grievance.

8. I declare that it is a conspiracy between all officials in this court room to deter me from filing notices & making statements on record & it is believed that at the directions of this court the court reporter has tampered with the record by changing and/or intentionall leaving out my verbal statements on record to mislead and conspiring to falsify on record that the microphone was not working then turning on high frequency static noises to drown my voice and deter me from stating on the record my innocence & beneficiary status.

9. I declare my life is in jeopardy being housed at Forsyth Co. Det. Cen. & request to be moved [redacted] released on house arrest until this case is resolved /or dismiss all charges in the interest of justice being that this court & D.A. has already previously agreed that my due process rights have been violated and this court lacks subject matter & personam jurisdiction over the Beneficiary in fact.

10. I declare Judge Schroder conspired with J.D. Byers to put my [redacted] into Byers trust account on 10-21-2024. On record. This the 25th day of November 2024

By: Beneficiary; authorized representative
chauncey-alexander-bellis.

Copies to: (Judge) Schroeder / (D.A.) Nicole R. Dupre / (court reporter) Briana L. Chestnut / (F.C.D.C) Sheriff Bobby F. Kimbrough Jr. / (S.R.T.) Sallie; Silva; Lawrence.

**Chauncey-alexander; hollis, Beneficiary, attorney in fact**

**Authorized Representative**

**2750 benedict canton dr**

**Beverly hills CA [90210]**

**Republic nondomestic**

Chaunceyhollis017@gmail.com

**(626) 327-6572**

**Originating Case No. 1:23CR223-1**

**Court Of Appeals No. 24-2183**

**Date: 01/02/2025**

**Office of the Clerk** United States District Court for the Middle District of North Carolina

**324 W Market St.**

**Greensboro, NC 27401**

**Subject: Formal Complaint of Professional Misconduct Against Court Reporter Briana Chesnet**

Dear Clerk of Court,

I am writing to formally file a complaint of professional misconduct against Court Reporter Briana Chesnet, who served in proceedings within the Middle District of North Carolina. This complaint pertains to her alleged tampering with court transcripts, specifically

through the intentional omission or alteration of my original statements by marking them as "indiscernible" or substituting them with dash marks ("---") in several filings.

## Basis for Complaint:

1. **Tampering with Transcripts:** On multiple occasions, including but not limited to the court transcripts filed on October 31, 2024, Ms. Chesnet improperly recorded my testimony by:
    a. Labeling significant portions of my statements as "indiscernible."
    b. Using dash marks ("---") in place of critical original statements, thereby obstructing the accurate and truthful record of the proceedings.
2. **Impact on Legal Proceedings:** These omissions and alterations have materially affected my ability to rely on the official record for subsequent legal actions, appeals, and filings. The integrity of the judicial process relies on accurate and complete transcripts, and any intentional deviation undermines the rule of law.
3. **Pattern of Misconduct:** I have reviewed additional transcripts filed by Ms. Chesnet and identified a concerning pattern of similar omissions and markings, raising further doubts about the reliability of her work.

## Supporting Evidence:

- Copies of the court transcripts filed on October 31, 2024, and other relevant filings showing the problematic markings.
- Documentation of specific instances where my statements were altered or omitted.

## Requested Actions:

1. Conduct an independent investigation into the conduct of Ms. Chesnet, focusing on the accuracy and integrity of the transcripts in question.
2. Take appropriate disciplinary action if it is determined that professional misconduct occurred.
3. Provide a corrected and complete version of the affected transcripts to ensure the integrity of the official record.

## Conclusion:

The role of a court reporter is critical to preserving the integrity of the judicial process. Intentional or negligent tampering with transcripts is a serious breach of professional

ethics and duty. I trust the court will address this matter with the urgency and gravity it deserves.

Please let me know if further information or documentation is required to facilitate your investigation. I am committed to assisting in any way necessary to ensure the integrity of the judicial process.

Thank you for your attention to this matter.

Sincerely,

Chauncey-alexander; hollis,

by: beneficiary, attorney in fact
Chauncey-alexander; hollis,

I hereby affirm and reference Enumerated Point 8 in the Affirmation of Truth affidavit filed on November 25, 2024, as Document 86 under the originating case number 1:23CR223-1 for Chauncey Alexander Hollis. Point 8 of the affidavit clearly states **[I declare that it is a conspiracy between all officials in this court room to deter me from filing notices and making statement on record and it is believed that at the directions of this court, the court reporter has tampered with the records by changing and/or intentionally leaving out my verbal statements on record to mislead and conspiring to falsify on record that the microphones where not working then turning on high frequency static noises to drown out my voice and deter me from stating on the record my innocence and beneficiary status]** , which I affirm is true and accurate to the best of my knowledge.

This statement is made to support the facts and assertions as outlined in the referenced affidavit and further underscores the integrity and truthfulness of the claims contained therein.

Should further elaboration or clarification of this point be required, I am prepared to provide any additional supporting documentation or testimony as necessary.

Respectfully,

**Chauncey-alexander; hollis, Beneficiary, attorney in fact**

**Authorized Represenative**

**2750 benedict canyon dr**

**Beverly hills ca [90210]**

**Republic nondomestic**

**Chaunceyhollis017@gmail.com**

**(626)327-6572.** **Dated: 01/02/2025**

by: beneficiary, attorney in fact
Chauncey-alexander; hollis,

# Proof of Service

To: Judge Schroeder's Clerks Office
324 W Market St Greensboro
NC, 27401

To: Nicole R. Dupne, Ausa
101 S Edgeworth St 4th Floor
Greensboro, NC 27401

/s/ [signature]

1/4/25

USCA4 Appeal: 25-1041 Doc: 2

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union

**WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

22-068465096

**Walmart**

A 743058 D 120224
T 1325 518
220684650961 L 003464

$ 600.00

[redacted]

PAY EXACTLY SIX HUNDRED DOLLARS AND NO CENTS

24-2183

PAY TO THE ORDER OF Clerk, U.S Courts of Appeals

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

**MOBILE DEPOSIT PROHIBITED**

:102100400: 4022068465096 1"

USCA4 Appeal: 25-1041 Doc: 2

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear an unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment then or charge back against any endorsement. For customer service, [illegible] Intended for domestic use only. Western Union Money Order and Design is a [illegible] Holdings, Inc.

Warning - do not cash check without noting true watermark [illegible] to verify presence of watermark.

**000047[illegible]47**

**Pay to the order of any Federal Reserve Bank or Branch or General Depository for Credit to the United States Treasury**

ENDORSE ABOVE THIS LINE MP

MOBILE DEPOSIT PROHIBITED

SERVICE CHARGE

If this Money Order is not used or cashed (presented for payment) within 1 year (3 years for CA) of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. Subject to applicable law, the Service Charge is $1.50 per month (exceptions - CT & PR: $0; CA $0.25; MD $0.40; MN $12 annually; NJ $2; & TX $1) applied from the purchase date (from 13th month for NJ), not to exceed $126 or the maximum permitted by law.

ORIGIN ID:ONTA (626) 327-6572
CHAUNCEY HOLLIS

2750 BENEDICT CANYON DR

BEVERLY HILLS, CA 90210
UNITED STATES US

SHIP DATE: 04JAN25
ACTWGT: 0.15 LB
CAD: 6994708/SSFE2560

BILL CREDIT CARD

Part # 156297-435 RRDB EXP 11/25

TO COURT OF APPEALS
ATTN ANISHA WALKER
1101 EAST MAIN STREET
501
RICHMOND VA 23219

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

MON - 06 JAN 12:00P
PRIORITY OVERNIGHT

TRK# 0201 2840 1874 2256

XE GVEA

23219
VA-US RIC

Envelope
...ycle me

E
2256
01.09
1
10:30

RT 116
FZ B10

F
FZ
...30 E
2256
01.06

RECEIVED
U.S. ...